UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANAYA,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. CV-16-00511-KES<br><br>ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") |

      Based on the parties' Stipulation for Award of EAJA Fees (Dkt. 23), and pursuant to 28 U.S.C. § 2412(d), IT IS ORDERED that EAJA fees are awarded in the amount of $3,750.00, subject to the terms of the parties' Stipulation.

DATED: 1/11/17

KAREN E. SCOTT
United States Magistrate Judge